## Fourth District.

Harry Shaffer, appellee, v. Reuben Teffertiller, appellant.

Opinion filed July 26, 1929.

Everett Lewis, for appellant. R. E. Smith and D. F. Moore, for appellee.

Mr. Presiding Justice Barry delivered the opinion of the court.

Eva Bracken and Hugh Bracken, appellees, v. Clarence Gibson, executor of the estate of Walker Winter, deceased, appellant.

Opinion filed July 26, 1929.

Jacob Zimmerman, for appellant. Parker & Bauer, for appellees.

Mr. Justice Newhall delivered the opinion of the court.

August Dallape and Bertha Dallape, appellees, v. Standard Oil Company (Indiana), appellant.

Opinion filed July 26, 1929. Rehearing denied September 6, 1929.

Le Forgee, Black & Samuels and Pulverman & Cantrell, for appellant; L. L. Stephens, of counsel. William H. Hart and William W. Hart, for appellees.

Mr. Justice Newhall delivered the opinion of the court.

Myra Turbaville, defendant in error, v. Harry V. Handley, Jr. and Herbert W. Handley, executors of the estate of Harry V. Handley deceased, plaintiffs in error.

Opinion filed July 26, 1929.

E. L. Merchant, for plaintiffs in error; C. S. Miller, of counsel. D. B. Reid, for defendant in error.

Mr. Justice Newhall delivered the opinion of the court.